IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BILLIE ANN MADISON, § | |
| § | |
| Plaintiff, § | Civil Action No. 3:09-CV-2265-O-AH |
| § | |
| VS. § | |
| § | |
| ST. EGYPT HOSPITAL IN MISSOURI, § | |
| § | |
| Defendant. § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge (Doc. # 7) in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby **ACCEPTED** as the Findings of the Court.

Plaintiff's Motion to Proceed In Forma Pauperis is **DENIED**. It is further **ORDERED** that Plaintiff tender the $350.00 filing fee to the District Clerk by **5:00 p.m.** on **Monday, February 8, 2010**, or this case will be dismissed.

So **ORDERED** this 21st day of January, 2010.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**